RECEIVED
MAY 13 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KADRICK D. GARRETT<br>BOP #31878-034 | CIVIL ACTION NO. 14-2442<br>SECTION P |
| VERSUS | JUDGE TRIMBLE |
| C. MAIORANA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 13th day of May, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE